UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> WAYNE COLLAMORE, ) <br> ) <br> Defendant. ) | Docket No. 2:10-cr-00158-NT |

## ORDER

On May 22, 2025, I entered an order (ECF No. 94) granting Defendant Wayne Collamore's motion and supplemental motion for compassionate release (ECF Nos. 63 & 76). At that time, I stayed Mr. Collamore's release from the custody of the Federal Bureau of Prisons ("**BOP**") pending the U.S. Probation Office's approval of Mr. Collamore's release plan.

On July 21, 2025, I received notice that the U.S. Probation Office has approved Mr. Collamore's updated release plan. Accordingly, Mr. Collamore's release is no longer stayed. The BOP is directed to release Mr. Collamore to begin serving his term of supervised release.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 21st day of July, 2025.